AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ACADIA INSURANCE COMPANY
a/s/o PETERSBOROUGH OIL COMPANY, INC.

v.

JASON J. TERHO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12043 RGS

TO: (Name and address of Defendant)

JASON J. TERHO
234 LAKE ROAD
ASHBURNHAM, MA 01434

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*LAW OFFICE OF*
**PATRICK J. LOFTUS, III**
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____

(By) DEPUTY CLERK

DATE: SEP 22 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  9-29-04 |
| NAME OF SERVER (PRINT)  Russell Castagna | TITLE  Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein.~~

Name of person with whom the summons and complaint were left:

AFTERWARDS ON THE SAME DAY I MAILED 1st CLASS A COPY OF SAME TO THE WITHIN ADDRESS

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  $63.00 | TOTAL  ~~$0.00~~ $63.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-04
Date

*Signature of Server*

77 L St. Boston, MA 02127
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.