IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER

_____

ACADIA INSURANCE COMPANY,
as subrogee of PETERBOROUGH OIL COMPANY, INC. :

                         Plaintiff,           :   CIVIL ACTION NO. 04-12043 (RGS)

         v.

JASON J. TERHO                 :   **JURY TRIAL DEMANDED**

                    Defendant.        :
_____

## CORPORATE DISCLOSURE STATEMENT

I, Patrick J. Loftus, III, Esquire, attorney for plaintiff Acadia Insurance Company, having filed

an initial pleading in the above-captioned matter make the following disclosure to the Court pursuant

to Local Rule 7.3(A) of the Local Rules for the District of Massachusetts:

**SEE ATTACHED**

BY: _____
      PATRICK J. LOFTUS, III, ESQUIRE
      BBO #303310
      9 Park Street
      Suite 500
      Boston, MA 02108
      (617) 723-7770

      Attorneys for Plaintiff,
      Acadia Insurance Company

ACADIA INSURANCE COMPANY

---

◆

---

**W. R. Berkley Group**
## ACADIA INSURANCE COMPANY
One Acadia Commons, Westbrook, ME 04092
Mail: P.O. Box 9010, Westbrook, ME 04098-5010
Web: www.acadiainsurance.com

Tel: 207-772-4300                    Fax: 207-772-6104
AMB#: 11295                           NAIC#: 31325
FEIN#: 01-0471706

### BEST'S RATING
Based on our opinion of the company's Financial Strength and relationship with an affiliated reinsurer, which reinsures virtually all of the company's business, the company is assigned the Best's Rating of its affiliated reinsurer, Berkley Regional Insurance Company, which is A (Excellent). The company is assigned the Financial Size Category of Class X, which is the Financial Size Category of its affiliated reinsurer. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE
For a detailed discussion of the rating rationale, refer to the report of Berkley Regional Group.

### FIVE YEAR RATING HISTORY
Rating as of July 22, 2004: A r

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 05/14/04 | A r | 08/30/01 | A r |
| 06/24/03 | A r | 03/21/00 | A g |
| 11/22/02 | A r | 06/14/99 | A+ g |

### KEY FINANCIAL INDICATORS ($000)

| | | | Statutory Data | | |
|---|---|---|---|---|---|
| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
| 1999 | 158,675 | 92,546 | -328 | -714 | 190,201 | 42,107 |
| 2000 | 166,392 | -49,377 | 1,732 | 1,009 | 42,494 | 25,067 |
| 2001 | 198,171 | ... | 1,378 | 1,153 | 151,587 | 26,594 |
| 2002 | 221,780 | ... | 3,115 | 4,756 | 184,882 | 31,020 |
| 2003 | 237,756 | ... | 4,707 | 5,291 | 150,756 | 36,491 |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 1999 | 105.1 | 4.7 | -0.4 | 15.6 | 2.2 | 5.7 | 128.8 | 113.6 |
| 2000 | ... | 2.4 | ... | 3.6 | ... | 0.7 | 243.8 | 34.8 |
| 2001 | ... | 2.1 | ... | ... | ... | 4.7 | 121.3 | -99.9 |
| 2002 | ... | 2.6 | ... | ... | ... | 5.0 | 120.2 | -99.9 |
| 2003 | ... | 4.5 | ... | 2.5 | ... | 3.1 | 131.9 | 79.2 |
| 5Yr | 148.7 | 3.5 | 11.5 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Commercial Casualty Composite.

### BUSINESS REVIEW
For a detailed discussion of business review, refer to the report of Berkley Regional Group.

**Direct Premium Writings By Product Lines:** Direct Premiums written at the last year end totaled ($000) $237,756, and were distributed as follows: Com'l MultiPeril, $79,200; Ocean Marine, $7,297; Workers' Comp, $60,727; Comm'l Auto Liab, $38,122; Auto Physical, $14,317; Oth Liab Occur, $19,476; Inland Marine, $11,845; All Other, $6,773.

**Major 2003 Direct Premium Writings By State ($000):** New Hampshire, $65,833 (27.7%); Maine, $64,732 (27.2%); Vermont, $42,839 (18.0%); Massachusetts, $35,333 (14.9%); Connecticut, $19,179 (8.1%); 6 other jurisdictions, $9,841 (4.1%).

### CAPITALIZATION
For a detailed discussion of capitalization, refer to the report of Berkley Regional Group.

### HISTORY
The company was organized and domiciled in the state of Maine in April 1992 and was licensed on June 18, 1992; business was commenced in the third quarter of 1992. Paid in capital of $5,000,000 consists of 500,000 common shares at a par value of $10 per share. Funding also includes paid-in surplus of $34,301,000. The company has 500,000 shares authorized.

### MANAGEMENT
The company became a directly owned subsidiary of Berkley Regional Insurance Company in 1996. Berkley Regional Insurance Company is a wholly-owned subsidiary of W.R. Berkley Corporation. Administration of the company's affairs is directed by chairman of the board, William R. Berkley and president, William C. Thornton.

**Officers:** President, William C. Thornton; senior vice president and chief financial officer, Charles A. Hamblen; vice president and secretary, Kathryn Whitmore (human resources); vice presidents, Andrew M. Burbank (information systems), Christopher B. Dowd (loss control), Jane Gordon (commercial lines), Judith E. Plummer (governmental relations), Steve Rich (claims); regional vice presidents, Roberta Amero (New Hampshire), Susan Grady (Maine), Paul McAuliffe (Massachusetts), Wes Raye (marine).

**Directors:** Eugene Ballard, William R. Berkley, William R. Berkley, Jr., Robert B. Cole, Charles A. Hamblen, Ira S. Lederman, Clement P. Patafio, William C. Thornton.

### REGULATORY
An examination of the financial condition was made as of December 31, 2001 by the Insurance Department of Maine. An annual independent audit of the company is conducted by KPMG, LLP. An annual evaluation of reserves for unpaid losses and loss adjustment expenses is made by Michael Blake, PhD., ACAS, MAAA, Actuary, Acadia Insurance Company.

**Territory:** The company is licensed in DC, AZ, CO, CT, DE, KY, ME, MD, MA, MS, NH, NM, NY, OK, PA, RI, SC, TX, UT, VT and VA.

### REINSURANCE PROGRAMS
The company is reinsured by its parent, Berkley Regional Insurance Company, through a 100% quota share.

### BALANCE SHEET

#### ADMITTED ASSETS ($000)

| | 12/31/03 | 12/31/02 | '03% | '02% |
|---|---|---|---|---|
| Bonds | 42,144 | 47,133 | 28.0 | 25.5 |
| Preferred stock | 4,762 | 3,333 | 3.2 | 1.8 |
| Common stock | 912 | ... | 0.6 | ... |
| Cash & short-term invest | -1,390 | 6,641 | -0.9 | 3.6 |
| Investments in affiliates | 12,571 | 13,547 | 8.3 | 7.3 |
| Real estate, offices | 3,718 | 3,805 | 2.5 | 2.1 |
| Total invested assets | 62,717 | 74,458 | 41.6 | 40.3 |
| Premium balances | 76,923 | 78,399 | 51.0 | 42.4 |
| Accrued interest | 607 | 649 | 0.4 | 0.4 |
| All other assets | 10,508 | 31,375 | 7.0 | 17.0 |
| Total assets | 150,756 | 184,882 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

| | 12/31/03 | 12/31/02 | '03% | '02% |
|---|---|---|---|---|
| Conditional reserve funds | ... | 97 | ... | 0.1 |
| All other liabilities | 114,266 | 153,765 | 75.8 | 83.2 |
| Total liabilities | 114,266 | 153,862 | 75.8 | 83.2 |
| Capital & assigned surplus | 39,301 | 39,301 | 26.1 | 21.3 |
| Unassigned surplus | -2,810 | -8,281 | -1.9 | -4.5 |
| Total policyholders' surplus | 36,491 | 31,020 | 24.2 | 16.8 |
| Total liabilities & surplus | 150,756 | 184,882 | 100.0 | 100.0 |

#### SUMMARY OF 2003 OPERATIONS ($000)

| Statement of Income | 12/31/03 | Funds Provided from Operations | 12/31/03 |
|---|---|---|---|
| Premiums earned | ... | Premiums collected | -28,816 |
| Losses incurred | ... | Benefit & loss related pmts | -26,810 |
| Undrw expenses incurred | ... | Undrw expense paid | -3,724 |
| Div to policyholders | ... | Div to policyholders | 405 |
| Net underwriting income | ... | Undrw cash flow | 1,312 |
| Net investment income | 3,025 | Investment income | 3,317 |
| Other income/expense | 1,683 | Other income/expense | 1,683 |
| Pretax oper income | 4,707 | Pre-tax cash operations | 6,311 |
| Realized capital gains | 584 | | |
| Income taxes incurred | ... | Income taxes pd (recov) | 50 |
| Net income | 5,291 | Net oper cash flow | 6,261 |

## CERTIFICATE OF SERVICE

I, Patrick J. Loftus, III, Esquire, hereby certify that on this ___ day of January, 2005, I did cause a true and correct copy of Plaintiff's Corporate Disclosure Statement to be served via First Class U.S. Mail, postage prepaid, upon the following:

> Michael F. Ashe, Esquire
> Law Offices of Donna Gully-Brown
> 446 Main Street, Floor 19
> Worcester, MA  01608

Patrick J. Loftus, III, Esquire

2