# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### WORCESTER

| | |
|---|---|
| ACADIA INSURANCE COMPANY,<br>as subrogee of PETERBOROUGH OIL CO., INC.   : | |
| : | |
| Plaintiff,                                 : | CIVIL ACTION NO. 04-12043 (RGS) |
| : | |
| v.                                          : | |
| : | |
| JASON J. TERHO                              : | **JURY TRIAL DEMANDED** |
| : | |
| Defendant.                   : | |

## ORDER

THIS MATTER comes before the Court upon the Motion to permit William E. Gericke, Esquire, a member in good standing of the Bar of the Commonwealth of Pennsylvania, to conduct proceedings in the above-captioned case *Pro Hac Vice*.

As it appears from the Motion and any responses thereto that Mr. Gericke is an admitted member, in good standing, with the Bar of the Commonwealth of Pennsylvania, good cause exists for the relief sought, and as the Movant has verified that Mr. Gericke is ready to proceed such that the granting of this Motion will not delay this action;

IT IS, this          day of                    , 2005, ORDERED that William E. Gericke, Esquire be admitted to appear *Pro Hac Vice* in connection with the above-captioned case.

_____
J.