IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER

2005 MAR -2  A II: 43

ACADIA INSURANCE COMPANY, as     :
subrogee of PETERBOROUGH OIL CO,    CIVIL ACTION NO.  04-12043 (RGS)
INC.
                   Plaintiff,     :

      v.                          :    **JURY TRIAL DEMANDED**
                              :
JASON TERHO                :
                 Defendant.     :

## JOINT DISCOVERY PLAN AND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, the parties

submit this Joint Discovery Plan and Scheduling Order, in advance of the initial

Scheduling Conference which is scheduled to be held on March 2, 2005.

### Joint Discovery Plan

As required by Federal Rule of Civil Procedure 26(f) and Local Rule 16.1, the

parties have conferred in an attempt to reach an agreement on a proposed pretrial and

discovery schedule. Pursuant to their discussions, the parties propose to conduct

discovery in two phases. The first phase will consist of discovery in accordance with the

automatic discovery provisions of the Local Rules of the United States Court for the

District of Massachusetts for Interrogatories, Requests for Production of Documents, and

depositions. This discovery will be done in an effort to develop information needed for a

realistic assessment of the liability and damage aspects of the case. The second phase

will consist of preparation for trial, including the retention, identification, and discovery

of experts.

The parties propose the following schedule of discovery events:

1.     Factual discovery will be completed by July 5, 2005.

2.     Deposition of fact witnesses shall be completed by July 5, 2005.

3.     The plaintiff shall identify all expert witnesses and provide reports on or

4.    The defendant shall identify all expert witnesses and provide reports on or before September 22, 2005.

5.    The parties shall have the right to depose their adversary's experts (at mutually convenient dates and times and without further leave of Court) from August 22, 2005, through November 22, 2005.

6.    All dispositive motions, including motions for summary judgment pursuant to Federal Rule of Civil Procedure 56 shall be filed on or before December 12, 2005.

7.    A final pretrial conference shall be scheduled by the Court anytime after December 12, 2005.

Either party may move the Court for an Order modifying any of the stated terms of this Scheduling Order for good cause shown.

### Trial Before a Magistrate

The parties agree to have this case tried by a jury before a magistrate.

ACADIA INSURANCE COMPANY                    JASON TERHO


BY: _____          BY: _____
        PATRICK J. LOFTUS, ESQUIRE              MICHAEL F. ASHE,
ESQUIRE
        BBO #303310                             BBO #561009
        9 Park Street                           Law Offices of
        Suite 500                                Donna Gully-Brown
        Boston, MA 02108                        446 Main Street, Floor 9
                                                Worcester, MA 01608