## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ACADIA INSURANCE COMPANY,  :
as subrogee of PETERBOROUGH OIL CO.,  :   CIVIL ACTION NO. 04-12043 (RGS)
INC.  :
                      Plaintiff,  :
        v.  :
                      :
JASON TERHO  :
                      Defendant.  :

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and among the plaintiff, Acadia Insurance Company,

as subrogee of Peterborough Oil Co., Inc., and the defendant, Jason Terho, that plaintiff's claims

may be dismissed with prejudice.

COZEN O'CONNOR

BY: _____
        WILLIAM E. GERICKE, ESQUIRE
        1900 Market Street
        Philadelphia, PA  19103
        (215) 665-2000

        and

        PATRICK J. LOFTUS, III, ESQUIRE
        BBO #303310
        9 Park Street, Suite 500
        Boston, MA 02108
        (617) 723-7770

        Attorneys for Plaintiff,
        Acadia Insurance Company,
        as subrogee of Peterborough Oil Co., Inc.

LAW OFFICES OF DONNA GULLY-BROWN

BY_____
        MICHAEL F. ASHE, ESQUIRE
        446 Main Street, 19th Floor
        Worcester, MA  01608
        (508) 753-0306

Attorneys for Defendant, Jason Terho