IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACADIA INSURANCE COMPANY,<br>as subrogee of PETERBOROUGH OIL CO., INC.<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON TERHO<br>　　　　　Defendant. | :<br>:　CIVIL ACTION NO.  04-12043 (RGS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

The parties having stipulated thereto, this action is hereby dismissed with prejudice.

**DONE AND ORDERED** this　　　day of August, 2005.


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　U.S.D.C.J.